**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6770**

RICHARD GRAVELY,

                    Petitioner - Appellant,

          v.

STATE OF WEST VIRGINIA,

                    Respondent - Appellee.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
Chief District Judge.  (2:09-cv-00112)

Submitted:  October 15, 2009          Decided:  October 21, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Gravely, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Gravely appeals the district court's order accepting the recommendation of the magistrate judge and denying his petition for a writ of coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gravely v. West Virginia, No. 2:09-cv-00112 (S.D.W. Va. Apr. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED